IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELVIN SHERROD,

    Plaintiff,

v.                                                    CASE NO. 4:10-cv-00102-MP-WCS

STANLEY DRATLER, NAN JEFFCOAT, C SIMCOX,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 58, Report and Recommendation of the Magistrate Judge, recommending that the motion for summary judgment filed by the Defendants be granted. The plaintiff did not respond to the motion for summary judgment, and the time for filing objections to the Report and Recommendation has passed, and none have been filed.

Upon consideration, the Court agrees with the Magistrate Judge that the prison doctor fully examined the plaintiff and considered his requests. The doctor had articulable reasons for denying the passes. Thus, he was not deliberately indifferent to a serious medical need of plaintiff. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2.     Summary judgment is granted on behalf of all the defendants in this case and against the plaintiff.

**DONE AND ORDERED** this *22nd* day of September, 2011



Maurice M. Paul, Senior District Judge